Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of Abstract 66761, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 4, 1965

**No. 69118.**—The Durst Mfg. Co., Inc., and Lafayette Brass Company, Inc. *v.* United States, protests 61/12609 and 64/10608 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of rotary lawn sprinklers or metal parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

MARCH 1, 1965

**No. 69119.**—Novelty Import Co., Inc. *v.* United States, protest 62/7237.—
—C.D. 2499. Plaintiff's application for rehearing denied.

MARCH 2, 1965

**No. 69120.**—APPEALS 5130, 5133, 5134, and 5135.—United States *v.* C. O. Mason, Inc.; United States *v.* Bordas & Company; United States *v.* Guillermo Arbona Coll, Inc.; and United States *v.* Pan American Standard Brands, Inc., and Geo. Sanders & Co., Inc., respectively.—
—C.D.'s 2364, 2373, 2372, and 2371, respectively, affirmed June 18, 1964. C.A.D. 844.

BEFORE THE FIRST DIVISION, MARCH 8, 1965

**No. 69121.**—S. H. Kress & Company et al. *v.* United States, protests 59/20279, etc. (New York).